**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| JOSUE SANTIAGO PEREZ GOMEZ )<br>      **Petitioner** )<br>   **v.** )<br>  )<br>  )<br>  )<br>MICHAEL NESSINGER, Donald W. Wyatt )<br>**Detention Facility** )<br>PATRICIA HYDE, Field Office Director; )<br>MICHAEL KROL, HSI New England Special )<br>Agent in Charge; TODD LYONS, Acting )<br>Director U.S. Immigrations and Customs )<br>Enforcement; and KRISTI NOEM, U.S. Secretary )<br>of Homeland Security, )<br>      **Respondents** )<br>  ) | **Civil Action No.**<br>**1:25-cv-12100-LTS** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner hereby gives notice that this action is voluntarily dismissed. Respondents have not served an answer or motion for summary judgment in this action. Accordingly, Petitioner notices voluntary dismissal of this action, without prejudice. See Fed. R. Civ. P. 41(a)(1)(B).

Respectfully submitted,

Dated: August 7, 2025

**JOSUE SANTIAGO PEREZ GOMEZ**
**By his attorney,**

/s/Carl Hurvich/s/

Carl Hurvich
Brooks Law Firm
10 High Street, Ste. 3
Medford, MA 02155
(617) 245-8090
Carl@BrooksLawFirm.com
MA B.B.O. 698179

1

2

## CERTIFICATE OF SERVICE

I hereby certify that, on August 7th, 2025, I caused the foregoing document to be filed by means of this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users.

/s/Carl Hurvich/s/
Counsel for Petitioner